UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

AMERISURE INSURANCE COMPANY,

    Plaintiff,

v.                                      Case No.: 6:19-CV-1905

D.R. HORTON, INC., a foreign corporation,
and REIZHENE CHERITA TAYLOR, as
personal representative of the ESTATE of
ASHTON CATRE'LUIS EDWARD WEST, a
deceased minor,

    Defendants.
_____/

## MOTION FOR LEAVE OF WITHDRAWAL AS CO-COUNSEL

    COMES NOW the law firm of Baker, Donelson, Bearman, Caldwell and Berkowitz, PC, by and through its undersigned attorney, and hereby moves the Court for leave to withdraw the Notice of Appearance of Jessica Weitman as co-counsel on behalf of Defendant D.R. Horton, Inc., per Local Rule 2.03(b). Jessica Weitman has left the law firm of Baker, Donelson, Bearman, Caldwell and Berkowitz, PC. James M. Talley will continue his responsibilities as counsel on behalf of D.R. Horton, Inc.

    Dated: December 27, 2019.

                                              **BAKER, DONELSON, BEARMAN,**
                                              **CALDWELL & BERKOWITZ, PC**

                                              By: */s/ James M. Talley*
                                              James M. Talley
                                              Florida Bar No. 331961
                                              200 South Orange Ave., Ste. 2900
                                              Post Office Box 1549 (32802)
                                              Orlando, FL 32801
                                              Telephone: (407) 422-6600
                                              Facsimile: (407) 841-0325

          *jtalley@bakerdonelson.com*
          *rgustafson@bakerdonelson.com*
          *fedcts@bakerdonelson.com*

         *Counsel for Defendant D. R. Horton, Inc.*

## **CERTIFICATE OF SERVICE**

 I HEREBY CERTIFY that on December 27, 2019, I electronically filed the foregoing with the Clerk of the Court by using the ECF, which will serve a copy via e-mail on:

 Andrew F. Russon, Esq.
 Rywant, Alvarez, Jones,
 Russo & Guylon, P.A.
 109 N. Brush Street, Suite 500
 Tampa, FL  33602
 arusso@rywantalvarez.com

          */s/ James M. Talley*
          James M. Talley